IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN DVORAK,<br><br>    Plaintiff,<br><br>v.<br><br>MOODY'S ANALYTICS INC.,<br><br>    Defendant.<br>_____/ | No. C 10-03657 JSW<br><br>**ORDER SETTING HEARING AND BRIEFING SCHEDULE ON MOTION TO TRANSFER VENUE** |

This matter is set for a hearing on October 15, 2010 on Defendants' motion to transfer venue. In conformity with the Northern District Local Rules, the Court HEREBY ORDERS that a reply brief shall be filed by no later than October 1, 2010. Due to the Court's calendar, the hearing on the motion is CONTINUED to December 10, 2010.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: September 29, 2010

                                               JEFFREY S. WHITE
                                               UNITED STATES DISTRICT JUDGE